UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE DANIEL HULLIHEN,

        Petitioner,                    Case No. 1:16-cv-1282

v.                                      Honorable Paul L. Maloney

PAUL KLEE,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:  February 21, 2017          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge